# Third District Court of Appeal
## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0832
Lower Tribunal No. 24-132834-SP-05
_____

**Hiscox Insurance Company Inc.,**
Appellant,

vs.

**Meredith Werline, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

Kennedys CMK LLP, and Kristen D. Perkins and Jordan H. Lewis (Fort Lauderdale) and Jedidiah Vander Klok, for appellant.

Davis Goldman, PLLC, and Michael Bild and Laura Arango and Aaron P. Davis, for appellees.

Before FERNANDEZ, GORDO and BOKOR, JJ.

BOKOR, J.

Appellant Hiscox Insurance Company appeals the denial of its motion to vacate a default judgment in a small claims case. Appellee admirably concedes error with respect to the trial court's award of $5,000 in unliquidated damages without an evidentiary hearing; thus, we reverse and remand in part as to that issue. We affirm the remainder of the default final judgment because Appellant has not demonstrated an entitlement to relief under Florida Small Claims Rule 7.190(b).

Affirmed in part, reversed in part, and remanded.